# BAKER DONELSON

100 LIGHT STREET • BALTIMORE, MARYLAND 21202 • 410.685.1120 • bakerdonelson.com

DIANE FESTINO SCHMITT, SHAREHOLDER
**Direct Dial**: (410) 862-1171
**Direct Fax**: (443) 263-7571
**E-Mail Address**: dschmitt@bakerdonelson.com

September 12, 2017

The Honorable Roger W. Titus
United States District Court for
 the District of Maryland
U.S. Court House
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re:     **Roberta F. Palestine, M.D.,** *et al*. **v. Dermatology & Medspa, Inc.,** *et al.*
        **Case No. 17-cv-01953-RWT**

Dear Judge Titus:

On behalf of all parties, we would like to advise the Court that  a settlement in principle
has been reached in this case.  The parties jointly request that  a Local Rule 111 Settlement Order
be entered.  The parties further request that the Local Rule 111 Settlement Order give each party
60 days to reopen the action if settlement is not consummated.

Thank you for your attention to this matter.

Respectfully,

/s/

Diane Festino Schmitt
Counsel for Defendants

DFS/pad

cc:     All Counsel

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON, D.C.